DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ  85020
(602) 285-9901

Inv. #

**119765**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**DEVELOPERS SURETY AND INDEMNITY COMPANY**

**Plaintiff / Petitioner,**

vs.

**VALLEY CUSTOM HOMES, L.L.C.; et al.**

**Defendant / Respondent.**

NO.   **2:17-cv-02844-ESW**

CERTIFICATE OF SERVICE

**Geoffrey Roberts**_____, the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS, COMPLAINT FOR DECLARATORY JUDGMENT OF NO COVERAGE, CIVIL COVER SHEET, CORORATE DISCLOSURE STATEMENT, CONSENT TO EXERCISE JURISDICTION BY UNITED STATES MAGISTRATE JUDGE, NOTICE TO PARTIES-MANDATORY INITIAL DISCOVERY PILOT PROJECT**

from          **Jasmina Richter c/o SANDERS & PARKS, P.C.**_____ on          **8/28/17**          ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**     **APRIL BLOCH, c/o Denise H. Troy-Dickinson Wright, P.L.L.C.**

**DATE & TIME:**  8/28/17 4:04pm
**PLACE &**        1850 N. CENTRAL AVENUE STE.400  PHOENIX, AZ 85004, which is his/her place of business.
**MANNER:**        In person.

Description of the Named: Female, Age: 40's, Ht: 5' 5in., Wt: 150, Eyes: brown, Hair: brown, Ethnicity: Cauc.

**Statement of Costs**

| | |
|---|---|
| **Services** | $16.00 |
| **Mileage** | $24.00 |
| **Sp. Handl.** | |
| **Witness** | |
| **Advances** | |
| **Cert. Prep** | $10.00 |
| **Other** | |
| **Total** | $50.00 |

**Affiant - Registered in
Maricopa County**

ORIGINAL

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.