DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ  85020
(602) 285-9901

Inv. #
119764

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

DEVELOPERS SURETY AND INDEMNITY COMPANY

　　　　　　　　　　　　　　　　　　　　Plaintiff / Petitioner,

vs.

VALLEY CUSTOM HOMES, L.L.C.; et al.

　　　　　　　　　　　　　　　　　　　　Defendant / Respondent.

NO.   2:17-cv-02844-ESW
CERTIFICATE OF SERVICE

Geoffrey Roberts, the undersigned certifies under penalty of perjury:  That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

SUMMONS, COMPLAINT FOR DECLARATORY JUDGMENT OF NO COVERAGE, CIVIL COVER SHEET, COPORATE DISCLOSURE STATEMENT, CONSENT TO EXERCISE JURISDICTION BY UNITED STATES MAGISTRATE JUDGE, NOTICE TO PARTIES-MANDATORY INITIAL DISCOVERY PILOT PROJECT

from   Jasmina Richter c/o SANDERS & PARKS, P.C.   on   8/28/17 ;

that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**   ROBERT BLOCH, c/o Denise H. Troy-Dickinson Wright, P.L.L.C.

**DATE & TIME:**   8/28/17 4:04pm
**PLACE & MANNER:**   1850 N. CENTRAL AVENUE  STE.400  PHOENIX, AZ 85004, which is his/her place of business.
In person.

Description of the Named: Female, Age: 40's, Ht: 5' 5in., Wt: 150, Eyes: brown, Hair: brown, Ethnicity: Cauc.

**Statement of Costs**
Services       $16.00
Mileage
Sp. Handl.
Witness
Advances
Cert. Prep     $10.00
Other
Total          $26.00

Affiant - Registered in Maricopa County

ORIGINAL

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.