DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. # 119766

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

DEVELOPERS SURETY AND INDEMNITY COMPANY

Plaintiff / Petitioner,

vs.

VALLEY CUSTOM HOMES, L.L.C.; et al.

Defendant / Respondent.

ORIGINAL

NO. 2:17-cv-02844-ESW

CERTIFICATE OF SERVICE

Linda R. Rizer, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

SUMMONS, COMPLAINT FOR DECLARATORY JUDGMENT OF NO COVERAGE, CIVIL COVER SHEET, CORORATE DISCLOSURE STATEMENT, CONSENT TO EXERCISE JURISDICTION BY UNITED STATES MAGISTRATE JUDGE, NOTICE TO PARTIES-MANDATORY INITIAL DISCOVERY PILOT PROJECT

from   Jasmina Richter c/o SANDERS & PARKS, P.C.   on   8/28/17   ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** VALLEY CUSTOM HOMES, L.L.C., c/o Robert Giguere-Owner

**DATE & TIME:** 9/6/17 5:45pm
**PLACE & MANNER:** 9225 N. LAVA BLUFF  FOUNTAIN HILLS, AZ 85268, which is his/her usual place of abode.
In person.

8/31/17@6:40pm  9225 N. Lava Bluff, Fountain Hills, 85268  The address is located in the gated community.  I spoke with the guard who confirmed that Robert Giguere lives at this address.  No answer at address, no lights on.  There was a woman walking by who said she thought he might be out of town.  I called the client and updated. Description of the Named: Male, Age: 40's, Ht: 5' 5in., Wt: 180, Eyes: blue, Hair: grey, Ethnicity: Cauc.

**Statement of Costs**
Services       $16.00
Mileage
Sp. Handl.
Witness
Advances
Cert. Prep     $10.00
Other
Total          $26.00

Affiant - Registered in
**Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.