NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Developers Surety and Indemnity Company,<br>Plaintiff,<br>v.<br>Valley Custom Homes LLC, *et al.*,<br>Defendants. | No. CV-17-02844-PHX-JJT<br><br>**ORDER** |

After review of the docket, the Court notes that service was made on Defendants Valley Customs Homes LLC and Robert Giguere on September 6, 2017, and the deadline for filing an answer has elapsed. No answer has been filed and no application for entry of default has been made as to these two Defendants.

IT IS ORDERED that counsel for Plaintiff apply for entry of default or file a status report within seven days of the date of this Order concerning the status of this case as to Defendants Valley Customs Homes LLC and Robert Giguere.

IT IS FURTHER ORDERED that the matter will be dismissed as to Defendants Valley Customs Homes LLC and Robert Giguere without further notice, if counsel fails to apply for entry of default or file a status report within seven days of the date of this Order.

Dated this 3rd day of October, 2017.

Honorable John J. Tuchi
United States District Judge