NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Developers Surety and Indemnity Company,<br>　　　　　　Plaintiff,<br>v.<br>Valley Custom Homes LLC, *et al.*,<br>　　　　　　Defendants. | No. CV-17-02844-PHX-JJT<br><br>**ORDER** |

　　　　The Court has reviewed the parties' Stipulation to Extend Time for Defendants Valley Custom Homes, LLC and Robert Giguere to Respond to Complaint (Doc. 26). Finding good cause, it will grant the stipulated Motion as to Defendant Giguere. And because the Court finds it appropriate as a practical matter to keep all defendants on the same schedule regarding case management and milestones, it will grant the motion as to Valley Custom Homes LLC ("Valley") as well.

　　　　The Court notes, however, that Valley is not represented by an attorney, and to this point Defendant Giguere has attempted to represent and file motions on behalf of Valley. While a non-attorney individual may represent himself in federal court, and may also represent his own sole proprietorship because it is not a distinct legal entity, no non-attorney may represent a corporate entity, which is a distinct legal entity separate from any natural person. And because a non-attorney may not represent any other person besides himself, natural or juridical, this prohibition applies to a non-attorney attempting

to represent a limited liability company, just as it would a corporation. This is true whether the LLC at issue has many members or one, as appears the case here. *See, e.g.*, *Calzada-Zubiria v. Empyrean West LLC*, 2014 WL 12672636, at *2 (D. Ariz. Dec. 12, 2014); *Jonas v. Waterman*, 2013 WL 2962766, at *1 (D. Mont. June 12, 2013).

The Court will allow Valley until December 1, 2017, to obtain counsel and file an answer or other responsive pleading to the Complaint on Valley's behalf. It will likewise allow Defendant Giguere until December 1, 2017, to file his own answer or responsive pleading. If any Defendant has not filed an answer or responsive pleading by December 1, 2017, Plaintiff shall apply for default as against such defendant(s) no later than December 4, 2017.

IT IS ORDERED granting the parties' Stipulation to Extend Time for Defendants Valley Custom Homes, LLC and Robert Giguere to Respond to Complaint (Doc. 26.) Defendants shall have until December 1, 2017, to file any answer or other responsive pleading to the Complaint in this matter.

Dated this 2nd day of November, 2017.

_____
Honorable John J. Tuchi
United States District Judge

- 2 -