Jasmina Richter/Bar No. 024180
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: (602) 532-5779
Jasmina.Richter@sandersparks.com

*Attorneys for Plaintiff Developers Surety
and Indemnity Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CUSTOM HOMES, LLC., an Arizona limited liability company; ROBERT GIGUERE; ROBERT BLOCH and APRIL BLOCH, husband and wife,<br><br>Defendants. | Case No.: 2:17-cv-02844-JJT<br><br>**PLAINTIFF'S MOTION FOR CLARIFICATION ON DEADLINES RELATING TO THE PILOT PROGRAM AND PRETRIAL SCHEDULING CONFERENCE** |

Pursuant to the Court's October 19, 2017 Order [Doc. 25], the parties are to participate in a Pretrial Scheduling Conference on December 11, 2017 at 3:00 p.m.  Further, the parties are ordered to meet at least 21 days before the Pretrial Scheduling Conference, on November 20, 2017, to discuss various topics under Fed. R. Civ. P. 26(f) and mandatory initial discovery responses.  The parties are also directed to jointly file a Joint Proposed Case Management Plan by December 4, 2017.

Pursuant to the Court's November 2, 2017 Order [Doc. 27], Defendants Valley Custom Homes, LLC ("Valley Custom") and Robert Giguere may have until December 1, 2017 to file their response or Answer to the Complaint.  The Court allowed Valley Custom the additional time to obtain counsel.  Until Valley Custom and Mr. Giguere appear in the

1 case and file their answer or response to the Complaint, the parties cannot meet to discuss
2 mandatory initial disclosures or the topics under Rule 26(f) on November 20th or file the
3 Joint Proposed Case Management Plan by December 4, 2017.
4       Plaintiff seeks clarification on how the extension for Valley Custom and Robert
5 Giguere will impact the current deadlines set forth in the Court's Order of October 19,
6 2017. Plaintiff further respectfully requests that the current Pretrial Scheduling Conference
7 set for December 11, 2017 be continued for thirty days, as well as all associated deadlines,
8 including the deadline for the mandatory initial disclosure, so that all the parties may
9 participate.
10       **RESPECTFULLY SUBMITTED** this 17th day of November, 2017.

SANDERS & PARKS, P.C.

By  s/ Jasmina Richter
     Jasmina Richter
     3030 North Third Street, Suite 1300
     Phoenix, AZ  85012-3099
     *Attorneys for Plaintiff Developers Surety*
     *and Indemnity Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on November 17, 2017, I served the attached document via U.S. mail on the following, who are not registered participants of the CM/ECF System:

Robert Giguere
Valley Custom Homes
9225 N. Lava Bluff
Fountain Hills, AZ  85268

By:  s/ Zina Seyferth