NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Developers Surety and Indemnity Company, | No. CV-17-02844-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Valley Custom Homes LLC, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Clarification (Doc. 28). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting in part and denying in part Plaintiff's Motion for Clarification (Doc. 28). The Rule 16 Scheduling Conference set in this matter for December 11, 2017, at 3:00 p.m. is vacated.

**IT IS FURTHER ORDERED** resetting the Rule 16 Scheduling Conference for **January 11, 2018,** at **3:00 p.m.**, in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003, before Judge John J. Tuchi. All other items and deadlines from the Court's Order of October 19, 2017 (Doc. 25), remain in effect.

Dated this 20th day of November, 2017.

Honorable John J. Tuchi
United States District Judge