Jasmina Richter/Bar No. 024180
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: (602) 532-5779
Direct Fax: (602) 230-5035
Jasmina.Richter@sanderssparks.com

*Attorneys for Plaintiff Developers Surety and Indemnity Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY CUSTOM HOMES, LLC., an Arizona limited liability company; ROBERT GIGUERE; ROBERT BLOCH and APRIL BLOCH, husband and wife,<br><br>Defendants. | Case No.:  2:17-cv-02844-JJT<br><br>**PLAINTIFF'S NOTICE OF SERVICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Developers Surety and Indemnity Company served its Mandatory Initial Discovery Responses on all parties, via U.S. Mail, postage prepaid,  as indicated in the attached Certificate of Service.

…

…

…

…

**RESPECTFULLY SUBMITTED** this 21st day of November, 2017.

SANDERS & PARKS, P.C.

By  s/ Jasmina Richter
Jasmina Richter
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
*Attorneys for Plaintiff Developers Surety and Indemnity Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants.

I hereby certify that on November 21, 2017, I served the attached document via U.S. mail on the following, who are not registered participants of the CM/ECF System:

Robert Giguere
Valley Custom Homes
9225 N. Lava Bluff
Fountain Hills, AZ  85268

By:  s/ Zina Seyferth