Denise H. Troy (#012915)
dtroy@dickinsonwright.com
J. Gregory Cahill (#012654)
gcahill@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone:  (602) 285-5000
*Attorneys for Defendants*
*Robert Bloch and April Bloch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Developers Surety and Indemnity Company, | No. CV-17-02844-PHX-JJT |
| Plaintiff, | |
| v. | **Notice of Service** |
| Valley Custom Homes, LLC, an Arizona limited liability company; Robert Giguere; Robert Bloch and April Bloch, husband and wife, | |
| Defendants. | |

**Notice is hereby given** that defendants Robert and April Bloch served their Responses to Mandatory Initial Discovery on all parties via U.S. Mail on November 17, 2017.

**Dated:**  November 22, 2017.

**DICKINSON WRIGHT PLLC**

By: s/  Denise H. Troy
      Denise H. Troy
      J. Gregory Cahill
      *Attorneys for Defendants*
      *Robert and April Bloch*

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 22, 2017,** I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

I further certify that on **November 22, 2017,** I served the foregoing document by U.S. Mail on the following parties who are **not** registered participants of the CM/ECF system:

Robert G. Giguere
9225 Lava Bluff Trail, #480
Fountain Hills, Arizona 85268
***Defendant Pro Se***

Valley Custom Homes, LLC
9225 Lava Bluff Trail, #480
Fountain Hills, Arizona 85268
***Defendant Pro Se***

s/ Nanci R. Hoopes

PHOENIX 68260-2 413842

-2-