John L. Dillingham - #006328
**DILLINGHAM LAW PLLC**
4835 East Cactus Road, Suite 260
Scottsdale, Arizona 85254
Telephone (602) 468-1811
jldillingham@qwestoffice.net
*Attorneys for Defendants Valley Custom Homes, LLC*
*and Robert Giguere*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, | No. CV-17-02844-PHX-JJT |
| Plaintiff, | **DEFENDANTS VALLEY CUSTOM HOMES, LLC AND ROBERT GIGUERE'S SEPARATE ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT OF NO COVERAGE** |
| vs. | |
| VALLEY CUSTOM HOMES, LLC, an Arizona limited liability company;  ROBERT GIGUERE; ROBERT BLOCH and APRIL BLOCH, husband and wife, | **(Demand for Jury Trial)** |
| Defendants. | (Assigned to Hon. John J. Tuchi) |

Defendants Valley Custom Homes, LLC, an Arizona limited liability company, and Robert Giguere, (collectively, the "VCH Defendants"), for their Answer to the Plaintiff's Complaint for Declaratory Judgment of No Coverage admit, deny and allege as follows:

**1.**

Admit that Plaintiff is seeking an action for declaratory relief but deny that the general liability policies issued by Developers Surety and Indemnity Company ("DSI") to the VCH Defendants provide no coverage for the counterclaims asserted by Robert and April Bloch.

**2.**

Admit that DSI is seeking a determination that DSI has no indemnity or defense obligations toward the VCH Defendants but deny the remaining allegation in paragraph 2.

**3.**

The VCH Defendants are without information sufficient to form a belief as to the truth of the allegation contained in paragraphs 3, 34, and 35 and therefore deny same.

**4.**

Admit the allegations contained in paragraphs 4, 5, 6, 8, 9, 10, 21, 22, 23, and 53.

**5.**

Deny the allegations contained in paragraphs 7, 24, 25, 37, 38, 47, 48, 49, 50, and 51.

**6.**

Admit that the Blochs asserted a counterclaim against the VCH Defendants as alleged in paragraph 11, but allege that the counterclaim was filed on August 9, 2016  and that the allegations speak for themselves.

**7.**

Admit that DSI issued various policies to Valley Custom Homes, LLC for time periods June 26, 2013 through June 26, 2017, the terms of which speak for themselves.

**8.**

Admit that under the policies, Valley Custom Homes LLC and Robert Giguere are insureds.

**9.**

Allege that the language contained in the policies, exclusions, and any endorsement, speak for themselves.

**10.**

Admit that the VCH Defendants deny the allegations of DSI that an actual controversy exists.

**11.**

Deny that the allegations and/or claims for damages within the Bloch's counterclaim are not covered by the DSI policies.

**12.**

Allege that Plaintiff's Complaint fails to state a claim for relief against these answering Defendants.

**13.**

Allege that the policies identified in Plaintiff's Complaint were contracts of adhesion.

**14.**

Allege that the exclusions and endorsements seeking to limit or condition coverage are unconscionable and/or unduly oppressive such that they are unenforceable.

**15.**

Allege that certain endorsement conflict with the policies such that the policies are ambiguous.

**16.**

Deny each material allegation of the Complaint not expressly admitted herein.

**17.**

Future discovery may reveal additional facts that support affirmative defenses presently available to Defendants pursuant to Rule 8(c) Fed. R. Civ. P.  Accordingly, Defendants hereby alleges the following affirmative defenses:  Duress, equitable estoppel, failure of consideration, fraud, illegality, pendency of abatement, settlement and compromise, and statute of frauds.

**18.**

The VCH Defendants demand a jury trial pursuant to Rule 38 Fed. R. Civ. P.

**19.**

The VCH Defendants are entitled to their reasonable attorneys' fees pursuant to A.R.S. § 12-341.01.

WHEREFORE, the VCH Defendants pray for relief as follows:

1. For judicial declaration that the DSI policies provide coverage and obligate DSI to defend and indemnify the VCH Defendants for the allegations and claims arising out of the Blochs' counterclaim.

2. For the VCH Defendants' reasonable attorneys' fees pursuant to A.R.S. § 12-341.01

3. For the VCH Defendants' costs incurred herein.

4. For such other and further relief as the Court deems proper.

RESPECTFULLY SUBMITTED this 1st day of December, 2017.

**DILLINGHAM LAW PLLC**

John L. Dillingham
4835 East Cactus Road, Suite 260
Scottsdale, AZ 85254
*Attorneys for Defendants Valley Custom Homes, LLC and Robert Giguere*

I certify that, on December 1, 2017, I filed the foregoing document via the U.S. District Court ECF system and served a copy via U.S. Mail on the following:

Developers Surety and Indemnity Company
c/o Jasmina Richter, State Bar No. 024180
Sanders & Parks, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012

Denise H. Troy
Dickinson Wright PLLC
1850 N. Central Ave, Ste 400
Phoenix, AZ 85004

By: s/Jaynn Truran

I:\5700#\5705 VCH\5705.002 Dec Judgment Action\P ANSWER District Court Dec Judgment.doc